IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

      Plaintiff,               1:06-CV-0289 ALA P

     vs.

J. WOODFORD, et al.,

      Defendants.       <u>ORDER</u>

_____/

     Plaintiff Ricardo Cruz is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

     In accordance with the above, IT IS HEREBY ORDERED that:

         1. Service is appropriate for the following defendants:

              a.  J. Woodford

              b.  Reed

              c.  E. Capot

         2. The Clerk of the Court shall send Plaintiff 3USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 15, 2006.

3. Within thirty-five (35) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. 4 copies of the endorsed complaint filed March 15, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

/////

DATED: December 12, 2007

                                        /s/ Arthur L. Alarcón  
                                        UNITED STATES CIRCUIT JUDGE  
                                        Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

        Plaintiff,                1:06-CV-0289 ALA P

    vs.

J. WOODFORD, et al.,   .            <u>NOTICE OF SUBMISSION</u>

        Defendants.            <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff