IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

      Plaintiff,               1:06-CV-0289 ALA P

     vs.

J. WOODFORD, et al.,

<u>ORDER DIRECTING SERVICE
BY THE UNITED STATES MARSHAL
WITHOUT PREPAYMENT OF COSTS</u>

      Defendants.

_____/

      Plaintiff Ricardo Cruz is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants:

          a.  J. Woodford

          b.  Reed

          c.  E. Capot

      2. The Clerk of the Court shall send Plaintiff 3USM-285 forms, one summons, an

1

instruction sheet and a copy of the complaint filed March 15, 2006.

    3. Within thirty-five (35) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. 4 copies of the endorsed complaint filed March 15, 2006.

    4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

/////

DATED: January 14, 2008

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

        Plaintiff,                1:06-CV-0289 ALA P

   vs.

J. WOODFORD, et al.,     .             <u>NOTICE OF SUBMISSION</u>

        Defendants.           <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____   completed summons form

        _____   completed USM-285 forms

        _____   copies of the _____
                                        Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff