IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

   Plaintiff,     1:06-CV-0289 ALA P

  vs.

J. WOODFORD, et al.,

   Defendants.    <u>ORDER</u>

_____/

  On March 27, 2008, defendants filed a motion for an extension of time to file a responsive pleading. Good cause appearing, that motion will be granted.

  Therefore, IT IS HEREBY ORDERED that:

  1. Defendant's March 27, 2008, motion for an extension of time is GRANTED; and

  2. Defendant shall file a responsive pleading within thirty-five (35) days of the date of this order.

/////

DATED: April 8, 2008

           /s/ Arthur L. Alarcón
           UNITED STATES CIRCUIT JUDGE
           Sitting by Designation

1