IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

      Plaintiff,                    Case No. 1:06-cv-00289 ALA (P)

      vs.

J. WOODFORD, et al.,

      Defendants.            **ORDER**

_____/

/////

On April 24, 2008, Defendants filed a Motion to Dismiss this action. (Docs. 23, 24).

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a response to Defendant's Motion to Dismiss on or before June 2, 2008.

DATED: April 29, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation