IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

   Plaintiff,      Case No.1:06-cv-0289 ALA (P)

 vs.

J. WOODFORD, et al.,

<u>ORDER</u>

   Defendants.

_____/

   Plaintiff Ricardo Cruz is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion requesting that this Court appoint him counsel. (Doc. 28).

   Presently, no absolute right to appointment of counsel exists in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Pursuant to 18 U.S.C. § 3006A, however, appointment of counsel may be granted by this Court "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

1

Therefore, IT IS HEREBY ORDERED that Petitioner's request for an appointment of counsel is DENIED without prejudice to renew at a later time.

/////

DATED: June 16, 2008

                                             /s/ Arthur L. Alarcón  
                                             UNITED STATES CIRCUIT JUDGE  
                                             Sitting by Designation