IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

      Plaintiff,                     Case No. 1:06-cv-00289 ALA (P)

      vs.

J. WOODFORD, et al.,

      Defendants.               <u>ORDER</u>

      The parties are directed to file simultaneous briefs, on or before October 3, 2008, consisting of no more than ten pages, discussing the applicability of *Ngo v. Woodford*, No. 03-16042, 2008 U.S. App. LEXIS 17819 (9th Cir. August 21, 2008), if any, to the question whether Plaintiff failed to exhaust his administrative remedies by failing to file an appeal from the adverse administrative decision within fifteen days.

      The parties should also discuss whether the fifteen day limitation is tolled if an inmate informed the appropriate prison official that his appeal was untimely because he did not receive documents he allegedly requested prior to the date the time to file a timely appeal lapsed.

DATED: September 12, 2008

                                                          /s/ Arthur L. Alarcón
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation