IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

        Plaintiff,                  Case No.1:06-cv-00289 ALA (P)

        vs.

J. WOODFORD, et al.,

                                ORDER

        Defendants.

        On September 12, 2008, this Court ordered the parties to file briefs regarding the applicability of *Ngo v. Woodford*, No. 03-16042, 2008 U.S. App. LEXIS 17819 (9th Cir. August 21, 2008) to their matter. (Doc. 31)  On October 3, 2008, Defendants requested an extension to file its brief. (Doc. 33).

        Good cause appearing, IT IS HEREBY ORDERED that both parties have until October 10, 2008 to file the ordered briefs.

/////

DATED:   October 6, 2008

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT  JUDGE
                                                  Sitting by Designation