1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RICARDO CRUZ,

11          Plaintiff,                    Case No. 1:06-cv-00289 ALA (P)

12      vs.

13  J. WOODFORD, et al.,

14          Defendants.              ORDER

15  _____/

16          On June 16, 2008, this Court denied Plaintiff's motion for appointment of counsel in an

17  order that mistakenly cited to the wrong authority.  (Doc. 29).  That order is HEREBY

18  VACATED.

19  DATED: October 16, 2008

20                                      /s/ Arthur L. Alarcón
                                        _____
                                        UNITED STATES CIRCUIT  JUDGE
21                                      Sitting by Designation

22
23
24
25
26

                                        1