IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO CRUZ,

              Plaintiff,                Case No.1:06-cv-0289 ALA (P)

    vs.

J. WOODFORD, et al.,

                         ORDER
             Defendants.
                       /

       On February 10, 2009, Plaintiff Ricardo Cruz ("Plaintiff") requested "an ordering form of the transcripts of the hearings or a motion for the transcripts at government expense." (Doc. 49). Plaintiff's request, however, is inappropriate since this Court did not preside over a hearing or trial in association with this matter.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's request be DENIED.

DATED: February 17, 2009

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT  JUDGE
                              Sitting by Designation